Alan Harris (SBN 146079)
David Garrett (SBN 160274)
Min Ji Gal (SBN 311963)
HARRIS & RUBLE
655 North Central Avenue, 17th Floor
Glendale, California 91203
Telephone: 323.962.3777
Facsimile: 323.962.3004
aharris@harrisandruble.com
dgarrett@harrisandruble.com
mgal@harrisandruble.com

Attorneys for Plaintiff Connor

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>O POSITIVE LLC, a New York Limited Liability Company; RALPH LAUCELLA, an individual; MARC GRILL, an individual; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No. 2:24-cv-07449-MWC-PD<br>*Assigned to Hon. Michelle W. Court*<br><br>**JOINT NOTICE OF SETTLEMENT OF ACTION**<br><br>Complaint Filed:  July 8, 2024<br>(removed August 30, 2024)<br><br>Discovery Cut-off:  Sept. 5, 2025<br>Motion Cut-off:  Nov. 28, 2025<br>Final Pre-Trial Conf.:  Feb. 20, 2026<br>Trial Date:  March 9, 2026 |

1  Plaintiff James Connor ("Connor"), and Defendants O Positive LLC, Ralph
2  Laucella, and Marc Grill (collectively, "Defendants"), by and through their
3  respective counsel, hereby notify the Court that the Parties have reached a
4  settlement in the above-entitled matter.
5  The parties are in the process of finalizing the settlement and anticipate
6  filing a dismissal within thirty (30) days. Accordingly, the Parties hereby
7  respectfully request that the Court vacate all pending due dates and hearings in this
8  matter.
9  Respectfully Submitted,

11 Dated:  July 1, 2025              HARRIS & RUBLE

12                                   By:    /s/ Alan Harris
13                                          ALAN HARRIS
                                            DAVID GARRETT
14                                          Attorneys for Plaintiff

15 Dated:  July 1, 2025              BARNES & THORNBURG LLP

16                                   By:    /s/ Scott Witlin
                                            SCOTT J. WITLIN
17                                          Attorneys for Defendants

## FILER'S ATTESTATION

I, David Garrett, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 1, 2025

HARRIS & RUBLE

By: */s/ David Garrett*
Attorney for Plaintiff